FILED by KZ D.C.
ELECTRONIC
Jul 21, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **11-80131-CR-RYSKAMP/HOPKINS**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDDIE ELIE,

        Defendant.

_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about July 15, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**EDDIE ELIE,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in or affecting interstate and foreign commerce, that is a Bersa .380 ACP semi-automatic pistol, and one or more rounds of CCI/ Speer .380 ACP ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about July 15, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**EDDIE ELIE,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in or affecting interstate and foreign commerce, that is a DPMS AR-15 .223 caliber rifle, and one or more rounds of PMC .223 caliber ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80131-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA

vs.

EDDIE ELIE,

　　　　　　　Defendant.
_____/

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL    _X_ WPB   ___ FTP

| | Yes | No |
|---|---|---|
| New Defendant(s) | | |
| Number of New Defendants | | |
| Total number of counts | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days       _x_         Petty       ___
   II   6 to 10 days      ___         Minor       ___
   III  11 to 20 days     ___         Misdem.     ___
   IV   21 to 60 days     ___         Felony      _x_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _x_ No

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 365483

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **EDDIE ELIE**

CASE No: 11-80131-CR-RYSKAMP/HOPKINS

**Count 1 and 2**:

Felon in possession of a firearm

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

*Max. Penalty:  10 Years' Imprisonment; $250,000.00 Fine
3 years' supervised release